**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**EDDIE D. MILHOLLAND**                                                       **PLAINTIFF**

       **VS.**                    **NO. 4:09CV00865-BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                    **DEFENDANT**

## **JUDGMENT**

Plaintiff's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 3rd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE